United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Docket Number: CR 03-0159-01 SI<br>)<br>)<br>)<br>) |
| vs. | |
| RONALD LOUIS HICKS | |

ORDER MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

ON MOTION OF THE PARTIES, Mr. Hicks' conditions of supervised release are modified to include the condition that he remain a resident of Walden House until released by the probation officer.

Date: 4/13/09

Susan Illston
United States District Judge